UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00080-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  RAMON PAYANES-MENDEZ,

Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, March 25, 2011,**

**2011,** and responses to these motions shall be filed by **Wednesday, April 6, 2011 ,**

**2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be

set at a future date upon the request of counsel.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, May 9,  2011 at**

**9:00 a.m. in courtroom A-1002.**

Dated:  March 10, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge