UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00080-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAMON PAYANES-MENDEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on Monday, March 21, 2011.  **Accordingly, the jury trial set for Monday, May 9, 2011 is VACATED, and a Change of Plea hearing is set for Tuesday, April 26, 2011 at 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  March 21, 2011

-1-