UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00080-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAMON PAYANES-MENDEZ,

    Defendant.

### MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Change of Plea hearing set for Tuesday, April 26, 2011, at 9:00 a.m. is **RESET** to **Wednesday, May 25, 2011, at 4:00 p.m., in courtroom A-1002.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  April 26, 2011.